IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-ct-03307-M

| | |
|---|---|
| NESHAWN L. CARTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| STAFF SEARGENT BISOGNO, et al., ) | |
| ) | |
| Defendants. ) | |

On October 21, 2019, NeShawn L. Carter ("plaintiff"), then a pretrial detainee at the Wake County Jail, filed pro se a complaint under 42 U.S.C. § 1983. See Compl. [D.E. 1]. On March 2, 2020, the court issued an order directing plaintiff to show good cause not later than March 17, 2020, why this action should not be dismissed without prejudice for failure to prosecute. See Order [D.E. 15]. The court warned plaintiff that failure to respond to the order to show cause also would result in the dismissal of the action without prejudice for failure to prosecute. See id. On March 12, 2020, the court's order to show cause was returned as undeliverable. See [D.E. 16].

Because plaintiff has failed to respond to the court's order to show cause and the time to do so has passed, the court DISMISSES WITHOUT PREJUDICE the action for failure to prosecute and DIRECTS the clerk to close the case.

SO ORDERED, this 25th day of March 2020.

RICHARD E. MYERS II
United States District Judge