UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| NESHAWN L. CARTER, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | **JUDGMENT IN A CIVIL CASE** |
| ) | **CASE NO. 5:19-CT-3307-M** |
| STAFF SEARGENT BISOGNO, MAJOR ) | |
| ELLIS, LIEUTENANT CHERRY, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff has failed to respond to the court's order to show cause and the time to do so has passed, the court DISMISSES WITHOUT PREJUDICE the action for failure to prosecute and DIRECTS the clerk to close the case.

This Judgment filed and entered on March 20, 2020, and copies to:
NeShawn L. Carter, Central Regional Hospital, 300 Veazey Rd., Butner, NC 27509 (via US Mail)

March 20, 2020                               Peter A. Moore, Jr.
                                             Clerk of Court

                                         By: /s/ Lisa A. Howard
                                             Deputy Clerk